No. 251.—Bay City Rice Milling Co., peticionario, *v.* Hon. Luis Samalea Iglesia, Juez, demandado.—C. D. Arecibo. *Mandamus.* Junio 10, 1927.

Por cuanto las cortes tienen discreción en cuanto a la materia de señalamiento de vistas,

Por cuanto la solicitud no demuestra en este caso que

la peticionaria haya presentado a la corte de distrito las razones que tiene para que se haga un señalamiento especial y por tanto no aparece que dicha peticionaria haya agotado todos los recursos ante la corte inferior o que ésta haya abusado de su discreción,

POR TANTO, *no ha lugar* a expedir el auto de *mandamus* que se solicita.